SILLS CUMMIS & GROSS P.C.
Andrew H. Sherman
Lucas F. Hammonds
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500

*Attorneys for 40 CPS Associates, LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MAJESTIC SPORTS INC.,<br><br>             Debtor. | Chapter 7<br><br>Case No. 12-70640-REG |
| In re:<br><br>MMR VENTURES LLC,<br><br>             Debtor. | Chapter 7<br><br>Case No. 12-71614-REG |

<u>**CERTIFICATION OF SERVICE**</u>

LUCAS HAMMONDS, of full age, certifies as follows:

I am an attorney employed at the firm of Sills Cummis & Gross P.C., attorneys for 40 CPS Associates, LLC.

On September 4, 2012, the following documents were filed with the United States Bankruptcy Court for the Eastern District of New York in Case No. 12-70640-REG and Case No. 12-71614-REG:

    1.      Notice of Motion of 40 CPS Associates, LLC to Compel Payment of Administrative Expense;

2.    Application in Support of Motion of 40 CPS Associates, LLC to Compel Payment of Administrative Expense; and

3.    Proposed Order Granting Administrative Expense and Compelling Payment.

In addition to the parties that were served electronically via ECF, the following were served via first class mail at the following addresses on September 4, 2012:

1.    Majestic Sports, Inc. c/o Brian J. Hufnagel, Forchelli, Curto, Deegan, Schwartz, Mineo & Terrana, LLP, The Omni, 333 Earle Ovington Boulevard, Suite 1010, Uniondale, NY 11553;

2.    MMR Ventures LLC c/o Brian J. Hufnagel, Forchelli, Curto, Deegan, Schwartz, Mineo & Terrana, LLP, The Omni, 333 Earle Ovington Boulevard, Suite 1010, Uniondale, NY 11553;

3.    Allan B. Mendelsohn, Allan B. Mendelsohn LLP, 38 New Street, Huntington, NY 11743;

4.    Allan B. Mendelsohn c/o Fred S. Kantrow, The Law Offices of Avrum J. Rosen, PLLC, 38 New Street, Huntington, NY 11743;

5.    U.S. Trustee, United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza – Room 560, Central Islip, NY 11722-4437;

6.    Melissa A. Pena, Norris, McLaughlin & Marcus, PA, 875 Third Avenue, 8th Floor, New York, NY 10022; and

7.    Eric J. Snyder, Wilk Auslander LLP, 1515 Broadway, New York, NY 11036.

I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements by me are willfully false, I am subject to punishment.

Dated: September 18, 2012

/s/ Lucas F. Hammonds
LUCAS F. HAMMONDS